IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

JAN 10 2023

LAURA A. AUSTIN, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

__Dillon__
District Judge
(Assigned by Clerk's Office)

__Hoppe__
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. __7:23CV00023__
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or <u>BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)</u>**

__Anthony Teroae Johnson Sr.__          __108215702__
Plaintiff Name                                                  Inmate No.

v.

__Off. Christopher Stine of Bristol City VA. PD__
Defendant Name & Address

__Sgt. Aaron Hankins of Bristol City VA. PD__
Defendant Name & Address

__Off. M. Harris of Bristol City VA. PD__
Defendant Name & Address

__The Commonwealths' Attorneys' office Bristol City VA.__
Defendant Name & Address

__Det. Angela Simpson of the Washington County VA.+TN DTF.__
Defendant Name & Address

__William T Rasnic of Ward and Rasnic, 235 Piedmont Ave__
Defendant Name & Address __Bristol, VA. 24203__

**IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT.
TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"**

*********************************************************************************

**A. Where are you now?** Name **and** Address of Facility:

__Abingdon Regional Jail, Abingdon, Virginia P.O. Box 280 Meadowview, VA 24361__

"Continued Named Defendants"

Magistrate judge Sandra Case of Bristol City VA. Gen. Dist. Court

B. Where did this action take place?

Bristol City Virginia

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes    ✓ No

If your answer to A is Yes, answer the following:

    1. Court: _____

    2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

_____ Yes    ✓ No

    1. If your answer is Yes, indicate the result:

    _____

    2. If your answer is No, indicate why: At this time I am awaiting a Preliminary hearing on this matter.

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

On 3/15/2022 at 00:52:20 Off. Stine pulled over a vehicle in which I was a passenger. Upon the traffic stop and search of the vehicle a gun and

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

On the above date and time Sgt. Hawkins responds to the scene of the above stated traffic stop and takes part in the search of my person and the vehicle.

## "Statement of Claims Continued"

Claim #1 (continued):

drugs were found and both myself and the owner of the vehicle were arrested. I was charged by off. Stine with the drugs and gun and the owner of the vehicle was charged with a smoking device and a traffic violation. It was later revealed that officer Stine claims he noticed us entering the hotel and waited an hour for us to exit the hotel. He had NO legitimate reason for noticing us or for why he waited an hour for us to leave the hotel. The owner/driver of the vehicle is caught on officer Stines body cam stating that EVERYTHING in the vehicle belongs to him and yet off. Stine charges only me with the drugs and gun which are not in my possession. This would seem to be a biased stop and it seems to me that I've been racially profiled by off. Stine

Claim #2 continued:

While searching my person Sgt. Hankins asks if I have anything on me and I state "nothing but a little weed and my money". He states that the weed isn't a issue and asks how much money I have on me and I state $7,800 and he asks why I have this amount of cash on me and I reply that I was in the process of buying a car as I had recently been released from prison. In his statement on the report he says that while searching me he found a lump of cash which totaled $4,465. Upon continued search of me he found another lump of cash totaling $1,551, then goes on later in the report to state he found a third lump of cash but gives no total. Later it is said that money totaling $4,465 was seized

## "Statement of Claims Continued"

**Claim #2 continued:**
If this is the case then where is the $1,551 that is documented in the report not to mention the $1,784 of the original $7,800?

**Claim #3:**
Off. Harris of the Bristol City PD took part in this stop.

**Claim #4:**

On or about March, 21, 2022 the Commonwealth's Attorney in the City of Bristol, VA. filed a notice of seizure for money that was found on my person. In his notice of seizure he states that agents of Bristol, VA. police department, Washington County, VA. Sheriff's office and the Virginia State Police took possession of this money that is claimed to be connected to or represents the proceeds from the manufacture, sale, or distribution of controlled substances or marijuana. The Commonwealth's Attorney made fraudulent claims as there were NO Virginia State Police or Washington County Sheriffs officers present during or involved in the traffic stop which resulted in the seizure of said funds. Furthermore I was neither charged with manufacture, sale or distribution of ANYTHING so this is a false claim as well. Also during my bond hearing in which my fiance was questioned the Commonwealths' attorney basicly blackmailed and threatened my fiance that if I was granted a bond and she bonded me out or let me come back to the home that we shared that he would report her to child protective services because of my alleged charges.

# "Statement of Claims Continued"

## Claim #5

On or about March 17, 2022 Det. Simpson came to the Washington County sheriffs office where I was being held after arrest to interview me about the traffic stop, the drugs and the gun that were found. During the interview I repeatedly told her that I knew nothing of the gun or drugs found and very little about the people she was questioning me about. Later it was brought to my attention by my first attorney that she made claims to him that I told her the the contraband found in the vehicle were mine which I did not. She then proceeds to insist that I did but when asked for written, or recorded evidence of this she states she doesn't have it. She perjured herself.

## Claim #6

On or about March 16, 2022 William T Rasnic was assigned as my attorney by the courts and immeddtly began to undermine me and my case by forgetting about court hearings, rescheduling court dates without my knowledge or approval. Consistantly lying to me about things such as filing for a fast and speedy trial, filing for bond hearings and at the end taking material from me and giving it to the commonwealth attorney to aid them in violating my civil rights.

## Claim #7

On or about March 15, 2022 magistrate Sandra Case of the Bristol City, VA. Gen. Dist. Court held a bond hearing and swearing of warrents for my arrest by off. Christopher Stine and during this process she reads his statement and sworn affidavit

# "Statement of Claims Continued"

Claim #7 continued

of the events that lead to my arrest. Apon reading his report the magistrate states to off. Stine that she didn't see enough in his report to warrent a charge of Poss. With Intent where as after she tells him this he proceeds to say "Oh, well I found a digital scale in the cares well". She proceeds to say she doesn't see that in his report and he says "oh I must've left that out". She then says well I guess I'll let you amend it...

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

I would like for this matter to be heard and the appropriate action to be taken to rectify this situation.

G. If this case goes to trial, do you request a trial by jury?  Yes ✓   No ____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: Anthony          SIGNATURE: [signature]

VERIFICATION:
I, Anthony Ternae Johnson Sr., state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 12-6-2022          SIGNATURE: [signature]

Updated 9/9/22

Anthony T Johnson #1082010 2
P.O Box 280
Meadow View, VA. 24361



Clerk, U.S. District Court
210 Franklin Rd. Suite 540
Roanoke, VA. 24011-2208

LEGAL MAIL - 1 of 2