IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANTHONY TERNAE JOHNSON, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 7:23-cv-00023 |
| ) | |
| OFC. CHRISTOPHER STINE, et al, ) | By: Elizabeth K. Dillon |
| ) | United States District Judge |
| Defendant. ) | |

**DISMISSAL ORDER**

Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. By Order entered January 13, 2023, the court directed plaintiff to submit the consent to withholding of filing fees form in order to complete the application to proceed without the prepayment of the filing fee. Plaintiff was advised that a failure to comply within 20 days would result in dismissal of this action without prejudice.

Plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

Entered: February 15, 2023.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge